RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
FILED
ENTERED
OCT 21 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:06-CR-0093-PMP-GWF |
| vs. | ) |
| CHANTE NICOLE MCKENNERY | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#23) on March 23, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Wells Fargo Bank
Amount of Restitution: $300,000.00

**Total Amount of Restitution ordered: $300,000.00**

This restitution is Joint and Several in the amount of $300,000.00 with Bruce Howard Forman and King Fish Patt in 2:06-CR-0149.

Dated this _21_ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE